CHARLOTTE L. MILLER et al., as Administrators of the Estate of FRED W. MILLER, Deceased, et al., Appellants, *v.* EMMA L. HILL et al., Individually and as Executrices of ROSETTA G. MILLER, Deceased, et al., Respondents.

*Miller* v. *Hill*, 137 App. Div. 378, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint in an action to establish a trust.

*Fletcher C. Peck* for appellants.

*Sanford T. Church* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.